STEIN S

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PURDUE PHARMA L.P.,
THE P.F. LABORATORIES, INC.,
PURDUE PHARMACEUTICALS L.P.,
RHODES TECHNOLOGIES,
and GRÜNENTHAL GMBH,

   Plaintiffs/Counterclaim Defendants,

v.

TEVA PHARMACEUTICALS USA, INC.,

   Defendant/Counterclaim Plaintiff,

and

NORAMCO, INC.

   Intervenor Defendant.

C.A. No. 1:11-cv-02037-SHS-JLC
ECF Case

Related to: C.A. No. 10-cv-03734

## STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO FILE RESPONSE TO NORAMCO, INC.'S MOTION TO INTERVENE

  WHEREAS Intervenor Defendant Noramco, Inc. ("Noramco") filed a Motion to Intervene on March 12, 2012;

  IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties, subject to the Court's approval, that:

  1. The original time for Plaintiffs/Counterclaim Defendants Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., Rhodes Technologies, and Grünenthal GmbH (collectively "Plaintiffs") to respond to Noramco's Motion to Intervene was March 29, 2012;

2.     On March 26, 2012, this Court granted the Stipulation and [Proposed] Order for Extension of Time to File Response to Noramco, Inc.'s Motion to Intervene to extend the time to respond up to and including April 12, 2012;

3.     On April 13, 2012, this Court granted the Stipulation and [Proposed] Order for Extension of Time to File Response to Noramco, Inc.'s Motion to Intervene to extend the time to respond up to and including May 11, 2012;

4.     On May 9, 2012, this Court granted the Stipulation and [Proposed] Order for Extension of Time to File Response to Noramco, Inc.'s Motion to Intervene to extend the time to respond up to and including June 11, 2012;

5.     On June 12, 2012, this Court granted the Stipulation and [Proposed] Order for Extension of Time to File Response to Noramco, Inc.'s Motion to Intervene to extend the time to respond up to and including July 11, 2012;

6.     On July 17, 2012, the Court granted the Stipulation and [Proposed] Order for Extension of Time to File Response to Noramco, Inc.'s Motion to Intervene to extend the time to respond up to and including September 10, 2012.

7.     The time within which Plaintiffs shall file their responses to Noramco's Motion to Intervene is now extended up to and including October 25, 2012; and

///

///

///

8. This is the sixth such extension of time.

Respectfully submitted,

Dated: September 10, 2012

**ROPES & GRAY LLP**

By: _____
Robert J. Goldman
1900 University Avenue, 6th Floor
East Palo Alto, CA 94303
(650) 617-4000
robert.goldman@ropesgray.com

Pablo D. Hendler
Sona De
1211 Avenue of the Americas
New York, NY 10036
(212) 596-9000
pablo.hendler@ropesgray.com
sona.de@ropesgray.com

*Attorneys for Plaintiffs/Counterclaim
 Defendants Purdue Pharma L.P.,
 The P.F. Laboratories, Inc.,
 Purdue Pharmaceuticals L.P.,
 and Rhodes Technologies*

**AKIN GUMP STRAUSS HAUER & FELD**

By: _____
Neil Frederick DuChez
One Bryant Park
New York, NY 10036
(212) 872-1000
nduchez@akingump.com

*Attorneys for Intervenor Defendant
 Noramco, Inc.*

WILK AUSLANDER LLP

By: /s/ Stephen D. Hoffman
Stephen D. Hoffman (SH 6089)
1515 Broadway, 43rd Floor
New York, NY 10036
(212) 981-2300
shoffman@wilkauslander.com

*Attorneys for Plaintiff/Counterclaim
Defendant Grünenthal GmbH*

*Of Counsel for Grünenthal GmbH:*

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
Basil J. Lewris
Joann M. Neth
Jennifer Roscetti
901 New York Avenue, N.W.
Washington, DC 20001
(202) 408-4000
bill.lewris@finnegan.com
joann.neth@finnegan.com
jennifer.roscetti@finnegan.com

Anthony C. Tridico
Avenue Louise 326, Box 37
Brussels, Belgium B-1050
011 32 2 646 03 53
anthony.tridico@finnegan.com

SO ORDERED:

Hon. Sidney H. Stein
United States District Court Judge
Dated: September 11, 2012

4