USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/8/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: OXYCONTIN ANTITRUST LITIGATION | 04 Md. 1603 (SHS) <br> ORDER <br> This document relates to: <br> 11 Civ. 8153 (SHS) |
| PURDUE PHARMA L.P., et al., Plaintiffs, -against- AMNEAL PHARMACEUTICALS, LLC, Defendant. | |
| PURDUE PHARMA L.P., et al., Plaintiffs, -against- EPIC PHARMA, LLC, Defendant. | 13 Civ. 683 (SHS) |
| PURDUE PHARMA L.P., et al., Plaintiffs, -against- IMPAX LABORATORIES, INC., Defendant. | 11 Civ. 2400 (SHS) <br> 13 Civ. 684 (SHS) <br> 13 Civ. 763 (SHS) |
| PURDUE PHARMA L.P., et al., Plaintiffs, -against- MYLAN PHARMACEUTICALS INC., et al., Defendants. | 12 Civ. 2959 (SHS) |

| | |
|---|---|
| PURDUE PHARMA L.P., et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>PAR PHARMACEUTICAL, INC.,<br><br>      Defendant. | 11 Civ. 2038 (SHS)<br>12 Civ. 5615 (SHS) |
| PURDUE PHARMA L.P., et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>SANDOZ INC.,<br><br>      Defendant. | 11 Civ. 4694 (SHS)<br>12 Civ. 897 (SHS)<br>12 Civ. 5082 (SHS)<br>12 Civ. 7582 (SHS) |
| PURDUE PHARMA L.P., et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>TEVA PHARMACEUTICALS, USA, INC.,<br><br>      Defendant. | 11 Civ. 2037 (SHS)<br>12 Civ. 5083 (SHS) |
| PURDUE PHARMA L.P., et al.,<br><br>      Plaintiffs,<br><br>-against-<br><br>VARAM, INC., et al.,<br><br>      Defendants. | 10 Civ. 6038 (SHS)<br>11 Civ. 766 (SHS)<br>12 Civ. 2814 (SHS)<br>12 Civ. 6047 (SHS) |

SIDNEY H. STEIN, U.S. District Judge.

On July 15, 2013, at 9:30 a.m., the Court will hold a *Markman* hearing to construe the claims at issue in the following patents:

  a) U.S. Patent No. 6,488,963

  b) U.S. Patent No. 7,674,799

  c) U.S. Patent No. 7,674,800

2

    d) U.S. Patent No. 7,682,072

    e) U.S. Patent No. 7,776,314

    f) U.S. Patent No. 8,114,383

The *Markman* hearing will not address U.S. Patent No. 8,309,060, the only other patent currently at issue in the above-listed actions, nor will that patent be a subject of the September 2013 trial.

The parties shall submit facts and legal argument to the Court in the following manner:

    a) By June 14, 2013:

        i. Plaintiffs shall file a single Joint Disputed Claim Terms Chart listing the disputed claim terms and phrases, including each party's proposed construction.

        ii. Plaintiffs shall submit a single opening claim construction brief, not to exceed 50 pages, and all supporting evidence and testimony.

        iii. Defendants PAR Pharmaceutical, Inc. and Sandoz Inc. (collectively, "Lead Case Defendants") shall submit a single opening claim construction brief, not to exceed 50 pages, and all supporting evidence and testimony. Lead Case Defendants shall coordinate their efforts with all other defendants who wish to participate and Lead Case Defendants' brief shall be signed by all other defendants who join its arguments.

        iv. Any party wishing to submit argument, evidence, or testimony to the Court not reflected in plaintiffs' or Lead Case Defendants' briefs may submit a brief, not to exceed 5 pages, and any supporting evidence and testimony.

    b) By July 3, 2013:

        i. Plaintiffs shall submit a single responsive claim construction brief, not to exceed 30 pages, and all supporting evidence and testimony.

ii. Lead Case Defendants shall submit a single responsive claim construction brief, not to exceed 30 pages, and all supporting evidence and testimony. Lead Case Defendants shall coordinate their efforts with all other defendants who wish to participate and Lead Case Defendants' brief shall be signed by all other defendants who join its arguments.

iii. Any party wishing to submit argument, evidence, or testimony to the Court not reflected in plaintiffs' or Lead Case Defendants' responsive briefs may submit a brief, not to exceed 5 pages, and any supporting evidence and testimony.

Dated: New York, New York
May 8, 2013

SO ORDERED:

Sidney H. Stein, U.S.D.J.